Related
No IFP/FF
#4
23-cv-1683
15BH/BSC

U.S. District Court Western District
Pennsylvania

Joshua Cain Abel                                    Civil Action
            vs                                      #2:23-cv-1683
Buzas, Kapolka,                                     "1983 Complaint"
D. LeMasters

FILED

SEP 20 2023

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Parties

1 Plaintiff, Joshua Cain Abel        , is a parollee at
SCI Green, at 169 Progress Drive, Waynesburg, PA.
2 Defendant, Buzas, is a Facility Manager at
SCI Green.
3. Defendant, Kapolka, is Facility Maintenance
Manager at SCI Green
4. Defendant, D. LeMasters           , is Director
at CCC Progress, at 167 Progress Drive, Waynesburg, PA.
5 Plaintiff was housed at the Community
Corrections Center (ccc) at SCI Green, and
under the care of all Defendants.
6 Defendants, each, had a duty of care,
custody of Plaintiff, as the daily operations
of SCI Green and the CCC.

7. Defendants at all the times mentioned in this ~~cop~~ complaint acted under of color of state law.

Facts

8. On or about, August 2023 Plaintiff was house in a Community Correction Center (CCC) at SCI Green, as a parole violater.

9. Defendants Buras, Kapolka, and D. LeMasters had custody of Plaintiff and provided care, as housing.

10. Defendants has a Safety Procedure(s) Manual 15.1.1, that covers "Noise Levels" Section 12.

11. While housed at Defendants facility Defendants exposed Plaintiff to loud and continue, at high levels, with a defaulty Fire Alarm system, sounds.

12. Plaintiff's exposure was daily and caused ringing in his ear(s) with pain.

13. Plaintiff's exposure l caused Plaintiff to have ~~hai~~ hearing lost.

14. Defendants had knowledge of their fire alarms being defaulty going off daily, multiple times daily

15 Defendants did not act in a reasonable time or provid hearing protection to Plaintiff's noise exposure.

16 Plaintiff's exposure to high and unreasonable continue noise levels cause Plaintiff to lose sleep.

17 Defendants acts are the cause of Plaintiff's pain, injuries, lose of hearing, and lack of sleep.

Legal Claim(s)

18 Defendants Buzas, Kapolka, and D. LeMasters exposing Plaintiff's to high, continues and unreasonable high noise levels violated Plaintiff's rights constituted a violation to Plaintiff's 8th Amendment under the U.S. Constitution(s)

Relief

19 $2,000,000.00 in compensational damages, $10,000.00 in punitives damages on each Defendant,

20 Recovery of suit, attorney fees, jury trial,

21 Full commutation of sentence,

22 Medical recovery costs.

I, Joshua Cain Abel _____, declare all to be
true and correct under panitres of
perjury 28 § 1746 on this 13, day of
Sept 2023,


/s/ Joshua C Abel

Joshua C. Abel
79 Sheldon Avenue
Fairchance, PA 15436